William G. Strong, appellee, v. W. H. Schendorf, appellant. Gen. No. 31,524.

Suit on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, pre-

siding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Henry M. Hagan, for appellant. Lewis F. Mason, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.